UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



03 SEP 11 PM 4: 04

S.D. WARREN COMPANY d/b/a SAPPI FINE PAPER
NORTH AMERICA, and LIGNIN INSURANCE
COMPANY, LTD.,

        Plaintiffs,

v

DUFF-NORTON, a division of YALE INDUSTRIAL
PRODUCTS, INC.,

        Defendant.

CASE NO. 1:03-cv-0421

HON. GORDON J. QUIST

**BRIEF IN SUPPORT OF MOTION
FOR LEAVE TO FILE BRIEF
EXCEEDING PAGE LIMIT**

---

Robert W. Fisher
Georgia State Bar No. 261951
William H. Stanhope
Georgia State Bar No. 675025
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Attorneys for Plaintiffs
2600 One Atlanta Plaza
950 East Paces Ferry Rd., NE
Atlanta, GA  30326-1119
(404) 233-1114

Mark P. Hunting (P56683)
MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.
Attorneys for Plaintiffs
250 Monroe Avenue, N.W., Suite 800
PO Box 306
Grand Rapids, MI  49501-0306
(616) 831-1700

Patrick F. Geary (P44322)
SMITH HAUGHEY RICE & ROEGGE
Attorneys for Defendant Duff-Norton
250 Monroe Avenue
200 Calder Plaza Building
Grand Rapids, MI 49503-2251
(616) 774-8000

Michael R. Grimm, Sr.
Richard Wm. Strawbridge
Dean S. Rauchwerger
CLAUSEN MILLER
Attorneys for Defendant Duff-Norton
10 South LaSalle Street
Chicago, IL  60603-1098
(312) 855-1010

---

**BRIEF IN SUPPORT OF MOTION FOR LEAVE TO FILE BRIEF EXCEEDING PAGE LIMIT**

Local Civil Rule 7.3(b) sets a ten (10) page limit on any brief filed in support of a nondispositive motion, exclusive of cover sheet, tables, and indices.  Under Local Civil Rule 7.1(c), this Court has the discretion to enlarge the page limit for briefs.  Local Civil Rule 7.1(c) states as follows:

SMITH HAUGHEY RICE & ROEGGE, A Professional Corporation

*(c) Modification of limits.*   In its discretion, the Court may in a particular case shorten or enlarge any time limit or page limit established by these rules, with or without prior notice or motion.

Filed concurrently with this motion is Defendant's Motion to Disqualify Attorneys.  Although diligent efforts have been made to compress the Brief in Support of Defendant's Motion to Disqualify Attorneys in order to comply with the ten (10) page limit, defendant Duff-Norton is unable to reduce its Brief to ten (10) pages and still adequately and completely address the legal bases for that motion.  Given the complexity of the issues involved, defendant believes that the interests of justice will be served by allowing it to file a Brief of 22 pages in length.

WHEREFORE, defendant Duff-Norton requests that this Honorable Court grant its motion for leave to file a brief exceeding the ten (10) page limit.

DATED:  September 11, 2003

Patrick F. Geary (P44322)
SMITH HAUGHEY RICE & ROEGGE
Attorneys for Defendant Duff-Norton
250 Monroe Avenue
200 Calder Plaza Building
Grand Rapids, MI 49503-2251
(616) 774-8000

Michael R. Grimm, Sr.
Richard Wm. Strawbridge
Dean S. Rauchwerger
CLAUSEN MILLER, PC
Attorneys for Def. Duff-Norton
10 South LaSalle Street
Chicago, IL  60603-1098
(312) 855-1010

SMITH HAUGHEY RICE & ROEGGE, A Professional Corporation

SHRR 508455v1

2