IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| S. D. WARREN COMPANY d/b/a<br>SAPPI FINE PAPER OF NORTH AMERICA, and<br>LIGNIN INSURANCE COMPANY, LTD. | )<br>)<br>) |
| | ) CASE NO. 1:03-CV-0421 |
| Plaintiffs, | )<br>) |
| | ) HON. GORDON J. QUIST |
| v. | )<br>) |
| DUFF-NORTON, a division of YALE<br>INDUSTRIAL PRODUCTS, INC. | )        **EXHIBITS**<br>)<br>) |
| Defendant. | ) |

Robert W. Fisher (261951)
William H. Stanhope (675025)
Robins, Kaplan, Miller & Ciresi, L.L.P.
2600 One Atlanta Plaza
950 East Paces Ferry Road, N.E.
Atlanta, GA 30326-1119
Phone: (404) 223-1114
Fax: (404) 223-1267
Attorneys for Plaintiffs

Jon R. Muth (P18138)
Mark P. Hunting (P56683)
Miller, Johnson, Snell & Cummiskey, PLC
250 Monroe Ave. NW, Ste. 800
P.O. Box 306
Grand Rapids, MI 49501-0306
Phone: (616) 831-1700
Fax: (616) 988-1736
Attorneys for Plaintiffs

Keefe A. Brooks (P31680)
Marcia L. Proctor (P42000)
Butzel Long
150 W. Jefferson, Ste. 900
Detroit, MI 48226-4450
Phone: (313) 225-7000
Fax: (313) 225-7080
Attorneys for Robins, Kaplan, Miller and
Ciresi L.L.P.

Michael R. Grimm, Sr.
Richard Wm Strawbridge
Dean S. Rauchwerger
Clausen Miller
10 South LaSalle Street
Chicago, IL 60603-1098
Phone: (312) 606-7777
Fax: (312) 855-1010
Attorneys for Defendant

John R. Oostema (26891)
Patrick F. Geary (44322)
Smith Haughey Rice & Roegge, P.C.
Calder Plaza Building
250 Monroe Ave., N.W., Ste. 200
Grand Rapids, MI 49503-2215
Phone: (616) 458-0495
Fax: (616) 774-2461
Co-Counsel for Defendant

**EXHIBITS TO**
**PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANT'S**
<u>**MOTION TO DISQUALIFY ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**</u>

1   Affidavit of John E. Slater, Ph.D.

2   Affidavit of Professor Patrick J. Pagni

3   Affidavit of Daniel L. Arnold, P.E.

4   A Synopsis Of The Sappi Litigation And Milliken Lawsuits

5   Complaint - *S. D. Warren Company d/b/a Sappi Fine Paper Of North America, and Lignin Insurance Company, Ltd. v. Duff-Norton, A Division Of Yale Industrial Products, Inc.*

6   First Amended Complaint – *Milliken & Company v. Duff-Norton Company, Inc. & Industrial Distribution Group, Inc. d/b/a Dixie Industrial Supply Company*

7   Affidavit of Robert W. Fisher

8   Affidavit of William H. Stanhope

9   Robins, Kaplan Miller and Ciresi L.L.P. internal memo dated January 23, 2001

10   Affidavit of Barbara P. Lowe

11   Robins, Kaplan Miller and Ciresi L.L.P. internal memo dated February 19, 2001

12   Affidavit of James L. Fetterly

13   Affidavit of Mary-Alice Boesel

14   Affidavit of Stephen G. Lickteig

15   Affidavit of Christopher J. Sorenson

16   Front page of the November 2002  Sappi Mediation settlement booklet

17   Conflict Walls Notice to Tribunal, dated July 17, 2003

18   Conflict Walls Supplemental Notice to Tribunal, dated September 26, 2003

19   Affidavit of Lawrence J. Fox