# C



Exhibit "C"
Milliken Rotary Union after Fire